[No. 15761-0-III.   Division Three.   July 22, 1997.]

ERVIN L. BROWN, *Appellant* v. DENTAL QUALITY
ASSURANCE COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-06973-2, Tari S. Eitzen, J., entered April 8, 1996. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15778-4-III.   Division Three.   July 22, 1997.]

SHAWN WRIGHT, *Appellant* v. MEAD SCHOOL DISTRICT
No. 354, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-00663-3, Michael E. Donohue, J., entered March 29, 1996. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J. Now published at 87 Wn. App. 624.

[No. 15991-4-III.   Division Three.   July 22, 1997.]

TERRI COPPINGER, *Appellant*, v. RON BLOCKER, ET AL.,
*Defendants*, DOMINICAN HEALTH SERVICES,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-06310-6, Tari S. Eitzen, J., entered July 10, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 14356-2-III.   Division Three.   July 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
M. COACHMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01706-1, Robert N. Hackett, J., entered September 1, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.